JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ROBIN PARHAM**<br><br>**Plaintiff,**<br><br>v.<br><br>**EXPERIAN INFORMATION SOLUTIONS INC., et al.**<br><br>**Defendant.** | Case No. SACV 14-00481-JLS(RNBx)<br><br>ORDER |

This matter, having come before the Court upon presentation of a Joint Stipulation of Dismissal, it is hereby ORDERED that Defendant Experian Information Solutions, Inc. is dismissed with prejudice, with each party to bear his/its own attorney's fees, costs and expenses incurred.

Date: February 18, 2015

_____
JOSEPHINE L. STATON
United States District Judge

ORDER